**Petition for Writ of Mandamus Denied and Opinion filed October 19, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00034-CV**

---

**IN RE JOSEPH EMANUEL MURGOLA, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12994**

---

## MEMORANDUM OPINION

On February 11, 2021, relator, Joseph Emanuel Murgola, filed a second supplemental petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Julia Maldonado, presiding judge of the 507th District Court

Harris County, to withdraw her February 13, 2021[1] temporary order denying in part realtor's requested relief and granting certain relief to the real party in interest.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] According to the relator's petition, the trial court "orally rendered judgment" on February 10, 2021. The relator provided us with a mandamus record containing the order signed February 13, 2021.